Carroll, }
June, 1900. }

### McGILL, *Adm'x*, v. MAINE AND NEW HAMPSHIRE GRANITE CO.

PETITION, for a new trial on the ground of accident, mistake, or misfortune. Subject to exception, the petition was dismissed because its allegations were not sustained.

*Exception overruled.*

PARSONS, J., did not sit: the others concurred.

*Josiah H. Hobbs* and *Fred B. Osgood*, for the plaintiff.

*John B. Nash* and *Walter D. H. Hill*, for the defendants.

PARSONS, J., did not sit: the others concurred.